Dismissed and Memorandum Opinion filed July 1, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00821-CV

____________

 

HORIZON 2003, L.L.C. AND PAUL T. YOUNG, Appellants

 

V.

 

TROY BUILDERS, II, L.P., Appellee

 



 

On Appeal from the 149th District Court

Brazoria County, Texas

Trial Court Cause No. 44002

 



 

MEMORANDUM
OPINION

This is
an appeal from a judgment signed June 19, 2009.  On June 21, 2010, appellants
filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Anderson,
Frost, and Seymore.